tion by Rachel ·Brenner and another against Patrick T. Hickie. No opinion. Judgment and order of the Municipal Court unanimously affirmed, with costs.

BROCKPORT–HOLLEY WATER CO., Respondent, v. VILLAGE OF BROCKPORT, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by the Brockport-Holley Water Company against the Village of Brockport. No opinion. Judgment and order affirmed, with costs. See, also, 128 App. Div. 915, 113 N. Y. Supp. 1127.
\

BRODY, Respondent, v. HUDSON COMPANIES, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Samuel Brody against the Hudson Companies.
PER CURIAM. Judgment and order affirmed, with costs. See, also, 136 App. Div. 887, 119 N. Y. Supp. 1115.
HIRSCHBERG, P. J., concurs so far as the judgment is concerned, but is of opinion that the order was not appealed from.

BROKER, Respondent, v. OLDMAN BOILER WORKS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by William J. Broker against the Oldman Boiler Works. No opinion. Judgment and order affirmed, with costs.

BROKER, Respondent, v. OLDMAN BOILER WORKS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Action by William J. Broker against the Oldman Boiler Works. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to ·Court of Appeals denied. See, also, supra.

In re BRONX PARK. (Supreme Court, Appellate Division, First Department. June 24, 1910.) In the matter of the Addition to Bronx Park. No opinion. Order denying motion for payment of award affirmed, with $10 costs and disbursements. Appeal from order denying reargument dismissed, with $10 costs. Order filed.

BROOKLYN TRUST CO., Respondent, v. HANLEY, Appellant. (Supreme ·Court, Appellate Division, Second Department. May 6, 1910.) Action by the Brooklyn Trust Company, as trustee, etc., against David M. Hanley. No opinion. Judgment of the Municipal Court affirmed, with costs.

BROOKS v. RACICH ASBESTOS MFG. ·CO. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by ·Charles J. Brooks against the Racich Asbestos :Manufacturing Company. No opinion. Motion denied, with $10 costs. Order filed. See, :also, 121 N. Y. Supp. 850.

In re BROWN. (Supreme Court, Appellate Division, Second Department. May 9, 1910.)

In the matter of the application of William P. Brown and others for the removal from office of Charles F. Storms, President of the Village of Dobbs Ferry, and John H. Hill, Trustee of the Village of Dobbs Ferry. No opinion. Final order signed. See also, 122 N. Y. Supp. 1123.

BROWN et al. v. OTTEN et al. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Rosanna Brown and others against John Otten and others. No opinion. Judgment and order affirmed, with costs.

BRUCE, Appellant, v. TICKNOR et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Elma L. Bruce against Daniel F. Ticknor and another. No opinion. Judgment affirmed, with costs.

BRYAN, Appellant, v. FARMERS' MUTUAL INDEMNITY ASS'N OF CAYUGA COUNTY, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 25, 1910.) Action by Daniel J. Bryan against the Farmers' Mutual Indemnity Association of Cayuga County. No opinion. Order affirmed, with $10 costs and disbursements.

BRYANT v. TURNER et al. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Action by Edwin R. Bryant against Charles ·H. Turner and another.
PER CURIAM. Decision amended by striking therefrom the words "within 30 days after service of a copy of such judgment," and by adding thereto the following: "This determination shall not be construed to prevent the application upon such amounts of any lawful deductions for insurance on the sawmill received by ·Charles H. Turner, or for the use of said sawmill by said Charles H. Turner, subsequent to the commencement of this action." And the judgment entered on said decision is amended to correspond herewith. See, also, 126 App. Div. 594, 110 N. Y. Supp. 596.

BUMP, Appellant, v. WARSAW WILKINSON CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 25, 1910.) Action by Guy A. Bump against the Warsaw Wilkinson Company. No opinion. Order affirmed, with costs.

BURKE, Respondent, v. CONTINENTAL INS. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 3, 1910.) Action by William E. Burke against the Continental Insurance Company of New York. No opinion. Judgment affirmed, with costs. See, also, 128 App. Div. 391, 112 N. Y. Supp. 865.

BURKE, Appellant, v. FEEK et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Joseph E. Burke against Andrew J. Feek and another.